IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JONATHAN LEE WALDNER ) | |
|     Plaintiff, ) | |
| ) | |
| VS. ) | |
| ) | Case No. 1:06-cv-1016-WKW |
| MICHAEL PATRICK, et al., ) | |
|     Defendants | |

### NOTICE OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, plaintiff Jonathon Lee Waldner gives notice of dismissal of this action with prejudice.

Dated: February 20, 2007.

        S/Charles N. Reese
        Charles N. Reese (REE010)
        Attorney for Plaintiff
        P.O. Box 250
        Daleville, AL 36322
        Telephone: (334) 598-6321

        Certificate of Service

I, Charles N. Reese hereby certify that Steadman Shealy and James Pike will be served with the foregoing by electronic filing.

        S/Charles N. Reese