**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

February 21, 2007

# NOTICE OF VOLUNTARY DISMISSAL

Re:  Jonathan Lee Waldner vs. Michael Patrick
     Civil Action No. 2:06cv556-MHT

Pursuant to the Notice of Dismissal filed by the plaintiff on 2/20/2007 this action is dismissed with prejudice.